# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| GEORGE WAYNE ADKINS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:19-cv-85 |
| | * | |
| v. | * | |
| | * | |
| DEPARTMENT OF HOMELAND | * | |
| SECURITY, IMMIGRATION AND | * | |
| CUSTOMS ENFORCEMENT AGENCY, | * | |
| | * | |
| Defendant. | * | |

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 35, to which Plaintiff filed Objections.

Plaintiff's Objections, while responsive to the Magistrate Judge's Report and Recommendation, assert no new material facts or arguments relevant to his Title VII race discrimination claim and, as such, are **OVERRULED**. Likewise, Plaintiff asserts no new material facts or arguments bringing any semblance of clarity or legal legitimacy to his other asserted claims, none of which are cognizable by law and include, among others, "USC Chapter 79 Perjury," "Supervisors Actions," "Agency Failure [to]

Investigate and Lack [of] Candor," and "Whistle blowing." Plaintiff has also filed 1,128 pages of new exhibits in support of his Objections. Dkt. No. 37. As the Magistrate Judge made clear in his Report and Recommendation, "[t]he filing of objections is not a proper vehicle through which to make new allegations or present additional evidence." Dkt. No. 35, p. 9.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint for failure to state a claim for relief and **DENIES** Plaintiff *in forma pauperis* status on appeal. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 23 day of March, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)